IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **DIANE GOODWIN** | * |
| **Plaintiff** | * |
| v. | * Civil Action No.: 8:16-cv-2068 |
| **MIDLAND CREDIT MANAGEMENT, INC.** | * |
| | * |
| **Defendant** | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, by her undersigned counsel, voluntarily dismisses this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). No opposing party has served either an answer or a motion for summary judgment.

Dated:  August 8, 2016            Respectfully Submitted,

                                              */s/ E. David Hoskins*
                                             E. David Hoskins, No. 06705
                                             LAW OFFICES OF E. DAVID HOSKINS, LLC
                                             16 E. Lombard Street, Ste. 400
                                             Baltimore, Maryland 21202
                                             (410) 662-6500 (Tel.)
                                             (410) 662-7800 (Fax)
                                             *davidhoskins@hoskinslaw.com*